# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances (Count One); 21 U.S.C. § 841(a) and 18 U.S.C. § 2 – Distribution of Controlled Substances and Aiding and Abetting (Counts Two through Five); 18 U.S.C. § 1349 – Conspiracy to Commit Health Care Fraud (Count Six); 18 U.S.C. § 1512(k) – Conspiracy to Obstruct Justice (Count Seven)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attachment.

### DEFENDANT - U.S
▶ DONE GLOBAL, INC.

**DISTRICT COURT NUMBER**

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
Drug Enforcement Agency

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**

**Name and Office of Person Furnishing Information on this form**    Craig H. Missakian
☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**    Kristina Green

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on bail or release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes" show name of institution

FILED
Dec 17 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Has detainer been filed? ☐ Yes    ☐ No    If "Yes" give date filed ▶ Month/Day/Year

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☒ SUMMONS    ☐ NO PROCESS*    ☐ WARRANT    Bail Amount: N/A

If Summons, complete following:
☒ Arraignment    ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**

Date/Time: 12/23/2025    Before Judge: Hixon

Comments:

**ATTACHMENT: MAXIMUM PENALTIES**

Count One: Conspiracy to Distribute Controlled Substances (21 U.S.C. § 846):
$5,000,000 fine (21 U.S.C. § 841(b)(1)(C)) or twice the gross profits or other proceeds (21 U.S.C. § 855)
Mandatory special assessment of $100
Restitution
Forfeiture

Counts Two through Five: Distribution of Controlled Substances (21 U.S.C. 841(a) and (b)(1)(C), 18 U.S.C. § 2):
$5,000,000 fine (21 U.S.C. § 841(b)(1)(C)) or twice the gross profits or other proceeds (21 U.S.C. § 855)
Mandatory special assessment of $100
Restitution
Forfeiture

Count Six: Conspiracy to Commit Health Care Fraud (18 U.S.C. § 1349):
$500,000 fine (18 U.S.C. § 3571(c)(3)) or twice the gross gain or loss (18 U.S.C. § 3571(d))
Mandatory special assessment of $100
Restitution
Forfeiture

Count Seven: Conspiracy to Obstruct Justice (18 U.S.C. § 1512(k)):
$500,000 fine (18 U.S.C. § 3571(c)(3)) or twice the gross gain or loss (18 U.S.C. § 3571(d))
Mandatory special assessment of $100