# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances (Count One); 21 U.S.C. § 841(a) and 18 U.S.C. § 2 – Distribution of Controlled Substances and Aiding and Abetting (Counts Two through Five);18 U.S.C. § 1349 – Conspiracy to Commit Health Care Fraud (Count Six); 18 U.S.C. § 1512(k) – Conspiracy to Obstruct Justice (Count Seven)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attachment.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ DONE GLOBAL, INC.

DISTRICT COURT NUMBER

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Drug Enforcement Agency

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Kristina Green

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed: Month/Day/Year

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

*FILED*
Dec 17 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount: N/A

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/23/2025    Before Judge: Hixon

Comments: