UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:25-CR-00432-VC

**UNITED STATES OF AMERICA**

vs.

**DONE GLOBAL, INC. and
MINDFUL MENTAL WELLNESS, P.A.**

    **Defendants.**
_____/

### NOTICE OF APPEARANCE OF CHRISTOPHER JAMES STESKAL

  Christopher James Steskal hereby files this Notice of Appearance to advise the Court that he is appearing for Done Global, Inc. and Mindful Mental Wellness, P.A. (the "Defendants") in this case. Please add him to the list of counsel appearing for the Defendants and please add him to the list of persons to be noticed.

| | |
|---|---|
| Dated: December 23, 2025 | Respectfully submitted, |
| | FENWICK & WEST LLP |
| By: | */s/ Christopher J. Steskal*<br>Christopher J. Steskal<br>csteskal@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 |

# CERTIFICATE OF SERVICE

I, Christopher J. Steskal, hereby certify that on December 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>/s/ Christopher J. Steskal
>Christopher J. Steskal
>csteskal@fenwick.com
>FENWICK & WEST LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104
>Telephone: (415) 875-2300
>Facsimile: (415) 281-1350