| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | RAVI T. NARAYAN (CABN 331858)<br>Deputy Chief, Criminal Division |
| 4 | LORINDA I. LARYEA (DCBN 99769)<br>Acting Chief, Fraud Section |
| 5 | |
| 6 | JACOB FOSTER (CABN 250785)<br>Acting Chief, Health Care Fraud Unit |
| 7 | 1400 New York Avenue, NW<br>Washington, D.C. 20530 |
| 8 | Telephone: (202) 514-2000<br>Jacob.Foster@usdoj.gov |
| 9 | |
| 10 | KRISTINA GREEN (NYBN 5226204)<br>Assistant United States Attorney |
| 11 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 12 | Telephone: (415) 436-6912<br>Kristina.Green@usdoj.gov |
| 13 | |
| 14 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>YINA ELIZABETH CRUZ,<br><br>　　Defendant. | NO. 24-CR-00090 CRB<br>[FILED FEBRUARY 13, 2024]<br><br>NOTICE OF RELATED CASE IN A<br>CRIMINAL ACTION |

[ADDITIONAL EARLIER-FILED CASES LISTED BELOW]

NOTICE OF RELATED CASE　　　　　　　　1

| CAPTION OF EARLIER FILED CASE | CASE NO. AND FILING DATE |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RILEY ALAN LEVY, Defendant. | NO. 24-CR-00250 CRB [FILED MAY 1, 2024] |
| UNITED STATES OF AMERICA, Plaintiff, v. RUTHIA HE, aka RUJIA HE, and DAVID BRODY, Defendants. | NO. 24-CR-00329 CRB [FILED JUNE 12, 2024] |
| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER FRANK LUCCHESE, Defendant. | NO. 24-CR-00357 CRB [filed JUNE 27, 2024] |
| UNITED STATES OF AMERICA, Plaintiff, v. NIKITA J. MERCADO, Defendant. | NO. 25-CR-00117 CRB [filed MAY 1, 2025] |
| UNITED STATES OF AMERICA, Plaintiff, v. ELIZABETH SHAPARD, Defendant. | NO. 25-CR-00142 CRB [FILED MAY 30, 2025] |
| UNITED STATES OF AMERICA, Plaintiff, v. GINGER SIMOR, Defendant. | NO. 25-CR-00194 CRB [FILED JULY 8, 2025] |
| UNITED STATES OF AMERICA, Plaintiff, v. DONE GLOBAL INC. and MINDFUL MENTAL WELLNESS P.A, Defendants. | NO. 25-CR-00432 VC [FILED DECEMBER 17, 2025] |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the above-captioned criminal cases are related, including a new indictment filed on December 17, 2025. Each of the prior cases, which have each been previously assigned or transferred to the Honorable Charles R. Breyer, involves current or former executives, employees, independent contractors, or agents of Done Global, Inc. and its associated entities. Each of the individual defendants has been convicted for engaging in a conspiracy involving Done Global's business operations, and in some cases convicted of other charges, either through guilty pleas or convictions at trial. This related case notice arises from the filing of a new indictment against organization defendants Done Global, Inc. and Mindful Mental Wellness, P.A., Case No. 25-CR-00194 VC, currently assigned to the Honorable Vince Chhabria.

According to the allegations contained in the above-captions Informations and Indictments, Done Global and its owner, Ruthia He, operated a business that purported to provide online diagnosis, treatment, and prescriptions for medication related to attention deficit hyperactivity disorder (ADHD). Informations filed the above-captioned cases against individuals CRUZ, LEVY, LUCCHESE, MERCADO, SHAPARD, and SIMOR allege that each engaged in a conspiracy to distribute controlled

ADHD medications without authorization based on the issuance of prescriptions without a legitimate medical purpose and outside the usual course of professional practice, among other allegations. The defendants He and Brody were convicted at trial in November 2025 of conspiracy to distribute controlled substances, distribution of controlled substances, health care fraud, and conspiracy to commit health care fraud. Each of the above cases involves the same underlying facts and transactions, namely the alleged illegal and unauthorized prescriptions for Adderall and other controlled stimulants that Done Global practitioners and agents issued or caused to be issued to Done Global members.

Based on these facts and other allegations further set forth in the above-captioned Informations and Indictments, these cases each involve the same course of conduct and alleged events and occurrences. The newly-filed indictment against organizational defendants includes significant overlapping allegations, and includes charges related to the same individual prescriptions charged in the Indictment against RUTHIA HE and DAVID BRODY, Case No. 24-CR-00329 CRB, that resulted in guilty verdicts in the recently-completed jury trial. For these reasons, the above cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges. Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: December 23, 2025   Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
KRISTINA GREEN
LLOYD FARNHAM
Assistant United States Attorney

LORINDA I. LARYEA
Acting Chief, Fraud Section
U.S. Department of Justice

/s/
JACOB FOSTER
Acting Chief, Health Care Fraud Unit